UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

_____Tyreek James_____  Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( ) ( )

Defendant __Tyreek James__ hereby voluntarily consents to participate in the following proceeding via __x__ videoconferencing or __x__ teleconferencing:

__x__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____Tamara Giwa for Tyreek James_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

_____Tyreek James_____
Print Defendant's Name

_____Tamara Giwa_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_10/23/2020_
Date

_____
JAMES L. COTT
United States Magistrate Judge